DOCKETED
NOV 1 0 2003

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK J. McCANN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Deputy KEN NIELSEN, in his individual capacity, )<br>)<br>Defendant. ) | No. 03C 7955<br><br>JURY DEMAND REQUESTED<br><br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE LEVIN |

## COMPLAINT

### JURISDICTION

1. This action is brought pursuant to the Fourth and Fourteenth Amendments to the United States Constitution and pursuant to the laws of the United States, specifically 42 U.S.C. Section 1983 and 1985 to redress deprivations of civil rights of the plaintiff accomplished by acts or omissions of the defendant committed under color of state law. Jurisdiction is invoked under 28 U.S.C. Section 1331 and 1343. The supplemental jurisdiction of this court is invoked for the prosecution of any state law claims.

### Parties

2. The plaintiff, PATRICK J. McCANN, at all times relevant hereto, was a United States citizen and resident of the State of Illinois and the Northern District of Illinois.

3. During all or most of the time period since November 9, 2001, the Plaintiff has been under a diminished mental state and psychiatric disability, rendering him without understanding or capacity to make or communicate decisions regarding his person and unable to manage his personal affairs.

TOUHY & TOUHY, LTD.
ATTORNEYS AT LAW
SUITE 2210
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601
(312) 372-2209
(312) 456-3838 FAX
WWW.TOUHYLAW.COM
ATTORNEY CODE
NO. 38699

1

4. The defendant officer, KEN NIELSEN (hereinafter "Nielsen"), at all times material hereto, was and is a duly appointed County Sheriff's deputy and was, at all times, acting in his individual capacity. At all times material hereto, the defendant owed a duty of reasonable care to the plaintiff in the performance of his duty.

## COUNT I

### (42 USC § 1983 - Excessive Force)

5. On November 9, 2001, the plaintiff was lawfully present at the approximate location of Ridgefield Road and Country Club Drive at or about the railroad tracks in Ridgefield, in the Northern District of Illinois.

6. At the time and date aforesaid, the plaintiff did not pose a threat of violence or great bodily harm to the defendant, was not in the commission of a forcible felony nor was he attempting to resist, escape or defeat an arrest otherwise acting so as to justify the use of deadly force by the defendant.

7. That on the date and time aforesaid, the defendant, without justification, shot the plaintiff causing serious injury.

8. That at no time was there probable cause to use force on the plaintiff during the events occurring on the date and time aforesaid.

9. As a direct and proximate consequence of the conduct alleged herein, the defendant deprived the plaintiff of his rights as secured by the Fourth and Fourteenth Amendments to the United States Constitution.

10. Said acts, as alleged by the plaintiff and set forth herein, were committed by the

TOUHY & TOUHY, LTD.
ATTORNEYS AT LAW
SUITE 2210
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601
(312) 372-2209
(312) 456-3838 FAX
WWW.TOUHYLAW.COM
ATTORNEY CODE
NO. 38699

defendant willfully, intentionally and maliciously and without legal justification.

WHEREFORE, the plaintiff, PATRICK J. McCANN, prays for judgment against the defendant for compensatory and punitive damages and attorneys' fees.

Respectfully Submitted,

_____
One of the Attorneys for the Plaintiff

## JURY DEMAND

The undersigned, as counsel for the plaintiff herein, hereby demands trial by a twelve (12) person jury.

_____
One of the Attorneys for Plaintiff

TOUHY & TOUHY, LTD.
ATTORNEYS AT LAW
SUITE 2210
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601
(312) 372-2209
(312) 456-3838 FAX
WWW.TOUHYLAW.COM
ATTORNEY CODE
NO. 38699



DOCKETED
NOV 1 0 2003

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet Input Form

This form has been approved for use by the general public for generating the civil cover sheet for filing new cases in the Northern District of Illinois. Your comments about the form and suggestions for improvements are always greatly appreciated.



03C 7955
JUDGE HOLDERMAN
MAGISTRATE JUDGE LEVIN

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois. (Instructions)

| I (a) - PLAINTIFFS | DEFENDANTS |
|---|---|
| PATRICK J. MCCANN | DEPUTY KEN NIELSEN, in his individual capacity |
| b) - County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases) | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only) |
| Plaintiff's Attorney | Defendant's Attorney (If known) |
| Name: TIMOTHY J. TOUHY<br>Firm: TOUHY & TOUHY, LTD.<br>Address: 161 N. CLARK ST., STE 2210<br>Phone: 312/372-2209 | Name:<br>Firm:<br>Address:<br>Phone: |

**II. Basis of Jurisdiction**
(Select from drop menu below)
3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity cases only)
*PLAINTIFF*
N/A
*DEFENDANT*
N/A

**IV. Origin**
(Select from drop menu below)
1. Original Proceeding

**V. Nature of Suit** (Select one box)

| Contract | Torts | Other Statutes |
|---|---|---|
| ○ 110 Insurance | | ○ 400 State Reapportionment |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
NOV 1 0 2003

In the Matter of

PATRICK J. MCCANN
Plaintiff,
v.
DEPUTY KEN NIELSEN, in his individual capacity,
Defendant.

Case Number: **03C 7955**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

PATRICK J. MCCANN, PLAINTIFF.

JUDGE HOLDERMAN

MAGISTRATE JUDGE LEVIN

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: TIMOTHY J. TOUHY | NAME: JAMES B. ZOURAS |
| FIRM: TOUHY & TOUHY, LTD. | FIRM: TOUHY & TOUHY, LTD. |
| STREET ADDRESS: 161 N. CLARK ST., SUITE 2210 | STREET ADDRESS: 161 N. CLARK ST., SUITE 2210 |
| CITY/STATE/ZIP: CHICAGO, ILLINOIS 60601 | CITY/STATE/ZIP: CHICAGO, ILLINOIS 60601 |
| TELEPHONE NUMBER: 312/372-2209 | FAX NUMBER: 312/456-3838 | TELEPHONE NUMBER: 312/372-2209 | FAX NUMBER: 312/456-3838 |
| E-MAIL ADDRESS: ttouhy@touhylaw.com | E-MAIL ADDRESS: jzouras@touhylaw.com |
| IDENTIFICATION NUMBER: 02848201 | IDENTIFICATION NUMBER: 06230596 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: DANIEL K. TOUHY | NAME: |
| FIRM: TOUHY & TOUHY, LTD. | FIRM: |
| STREET ADDRESS: 161 N. CLARK ST., SUITE 2210 | STREET ADDRESS: |
| CITY/STATE/ZIP: CHICAGO, ILLINOIS 60601 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312/372-2209 | FAX NUMBER: 312/456-3838 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: dtouhy@touhylaw.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 06183586 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED - ED4
03 NOV -7 PM 4:05
U.S. DISTRICT COURT
CLERK